No. 12–56.  E. T. ET AL. *v.* CANTIL-SAKAUYE ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 12–188.  LEWIS *v.* AUTO CLUB FAMILY INSURANCE CO., DBA AAA INSURANCE.  C. A. 5th Cir.  Certiorari denied.

No. 12–193.  PARKER *v.* MITCHELL, CHAPTER 7 TRUSTEE. C. A. 4th Cir.  Certiorari denied.

No. 12–198.  PHILLIPS *v.* LEE, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 12–199.  ROBERTS *v.* COLE ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 12–203.  COLUMBUS EXPLORATION, L. L. C., ET AL. *v.* WILLIAMSON ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 12–213.  CLAIR *v.* MAYNARD, SECRETARY, MARYLAND DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 12–220.  BHAT *v.* ACCENTURE LLP.  C. A. 7th Cir.  Certiorari denied.

No. 12–226.  KIDWELL *v.* EISENHAUER ET AL.  C. A. 7th Cir. Certiorari denied.

No. 12–228.  ADLABS FILMS USA, INC. *v.* NEWBURGH/SIX MILE LIMITED PARTNERSHIP II.  C. A. 6th Cir.  Certiorari denied.

No. 12–241.  R. I., INC., DBA SEATING SOLUTIONS, ET AL. *v.* MCCARTHY ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 12–242.  PHILIPS *v.* BROWN, SUPERINTENDENT, EASTERN NEW YORK CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 12–263.  ONYEWUCHI *v.* GONZALEZ, DIRECTOR, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES.  C. A. D. C. Cir.  Certiorari denied.